UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

S. BRAVO SYSTEMS, INC.,
a California corporation,

      Plaintiff,

v.                        Case No.: 3:19-cv-363-BJD-JBT

PETROLEUM CONTAINMENT, INC.,
a Florida corporation,

      Defendant.
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 68; Stipulation) filed on February 4, 2021. In the Stipulation, the parties indicate their agreement to dismissal of this case in its entirety with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1.     This case is **DISMISSED with prejudice.**

2.     Each party shall bear its own costs and fees.

3.     The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 18th day of February, 2021.

BRIAN J. DAVIS
United States District Judge

*Copies to:*

Counsel of Record

*ap*